DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Julie Wright

      Plaintiff,

vs.                                        Civil No. 06-cv-0973-MO

Commissioner of Social Security

      Defendant.                    ORDER GRANTING AWARD
                                             OF EAJA FEES

      Pursuant to Stipulation, and good cause appearing therefore,

      IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$6.33**, costs in the amount of **$5.40**, and attorney's fees in the amount of **$3706.37** for total in the amount of **$3718.10**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 7th day of May, 2007.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**